IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CANDICE JO RUDY,** | : | Civil No. 23-cv-1301 |
| | : | |
| Plaintiff, | : | |
| | : | (Judge Sylvia H. Rambo) |
| v. | : | |
| | : | |
| **LAKEVIEW LOAN SERVICING, LLC,** | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 24th day of October, 2023, upon consideration of a motion to dismiss filed by the defendant, Lakeview Loan Servicing, LLC (Doc. 5), and Magistrate Judge Martin Carlson's Report and Recommendation (Doc. 12) recommending that the motion be granted, and noting that the plaintiff has not filed objections to the report and recommendation and the time for doing so has passed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 12) is **ADOPTED**;
2) The motion to dismiss (Doc. 5) is **GRANTED**; and
3) The Clerk of Court is **DIRECTED** to close this case.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge